late Division, First Department. May 11, 1906.) Action by Simon Rawitzer and another against the Beckman Company. W. E. Benjamin, for appellant. D. P. Hays, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

REDMOND, Appellant, v. HATCH et al., Respondents. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan. Action by William J. Redmond against Frederick W. Hatch and others. From a judgment for defendants, and an order denying a new trial, plaintiff appeals. Reversed, and new trial ordered, with costs. Thomas C. McDonald, for appellant. Rollins & Rollins, for respondents.

PER CURIAM. The testimony shows that the plaintiff, who was a police officer, while standing at a street crossing regulating traffic on the streets, and in such a position that he could not see the defendant's driver, was knocked down and run over in broad daylight; that the driver of the defendant's horses had ample room to pass plaintiff without striking him; and that there was nothing to obscure the vision of the driver. The driver was not called on the trial. We are of the opinion that the plaintiff showed that he was free from contributory negligence and that the injuries that he received were caused through the negligence of the defendant's driver. Judgment appealed from is reversed, and a new trial ordered, with costs to the appellant to abide the event.

REED v. PROVIDENT SAVINGS LIFE ASSUR. SOC. et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Theodore F. Reed against the Provident Savings Life Assurance Society and others. No opinion. Judgment affirmed, with costs.

REIBSTEIN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Morris Reibstein against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

(112 App. Div. 922)

REILLY, Respondent, v. EMPIRE LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Benjamin J. Reilly against the Empire Life Insurance Company. No opinion. Judgment affirmed, on the authority of Reilly v. Empire Life Ins. Co., 99 App. Div. 535, 90 N. Y. Supp. 866, with costs.

In re REINCKE. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) In the matter of the application of Sarah A. Reincke for leave to sue Charles L. Spier and Eugene B. Howell, as receivers of the Staten Island Midland Railroad Company. No opinion. Orders affirmed, with $10 costs and disbursements.

REINHEIMER, Appellant, v. HEYMAN, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ferdinand Reinheimer against Henry Heyman. No opinion. Judgment affirmed, with costs.

REISER, Respondent, v. METROPOLITAN EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by M. Gustine Reiser against the Metropolitan Express Company. A. K. Wing, for appellant. B. F. Feiner, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

RENDE, Respondent, v. NEW YORK & T. S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Domenico Rende, administrator, etc., of Giuseppe Rende, deceased, against the New York & Texas Steamship Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

RICKETTS, Respondent, v. RAMSDELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary J. Ricketts against Henry Powell Ramsdell and others, individually and as executor, etc. No opinion. Order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four; the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals. See Town of North Hempstead v. Eldridge (decided by this court March 2, 1906), 98 N. Y. Supp. 157.

ROBINSON, Respondent, v. NILES, Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Katherine Robinson against E. Ellsworth Niles. C. De W. Rogers, for appellant. J. A. Douglas, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROOSEVELT, Appellant, v. HOLLAND TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Robert B. Roosevelt, Jr., against the Holland Trust Company. G. H. Yeaman, for appellant. L. L. Kellogg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PEOPLE, Respondent, v. SMALL, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Proceeding by the people of the state of New York against Abraham Small.

PER CURIAM. Judgment of conviction affirmed.

CHESTER and COCHRANE, JJ., dissent.